PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:13CR00361 |
| DOCKET NUMBER *(Rec. Court)* | Click here to enter text. |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Taylor Fairchild
1305 Valentine Road
Kansas City, Missouri  64111

| DISTRICT | DIVISION |
|---|---|
| Nevada | U.S. Probation Office |

**NAME OF SENTENCING JUDGE**

Kent J. Dawson

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 7/15/2015 | 7/14/2018 |

**OFFENSE**
Money Laundering

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Western District of Missouri  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/23/15
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Western  DISTRICT OF  Missouri

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                 *United States District Judge*